# United States District Court
## Southern District of Florida
Case No. 24-MJ-3965-VALLE

UNITED STATES OF AMERICA,

v.

Charging District's Case No. Southern District of New York

Chelsey Harris,
(USM# 13891-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the 24-CR-541.

_____AFPD_____ was appointed to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 9/16/2024.

*Alicia O. Valle*
Alicia O. Valle
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 24-MJ-3965-Valle

United States of America
    Plaintiff,
v.

Chelsey Harris
    Defendant.
_____/

Charging District's Case No. 24 Cr 541

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:

_____
Defendant's Signature

_____
ALICIA O. VALLE
United States Magistrate Judge

Query  Reports  Utilities  Help  What's New  Log Out

BNDAOV

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:24-mj-03965-AOV-1

Case title: USA v. HARRIS                                  Date Filed: 09/16/2024

                                                           Date Terminated: 09/16/2024

Assigned to: Magistrate Judge Alicia O. Valle

**Defendant (1)**

**Chelsey Harris**                     represented by   **Noticing FPD-MIA**
13891-506                                               305-530-7000
*YOB: 2001; English*                                    Email: MIA_ECF@FD.org
*TERMINATED: 09/16/2024*                                *LEAD ATTORNEY*
also known as                                           *ATTORNEY TO BE NOTICED*
Ms. Chinn                                               *Designation: Public Defender*
*TERMINATED: 09/16/2024*                                *Appointment*

**Pending Counts**                                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                          **Disposition**
18:U.S.C.§1958 MURDER FOR HIRE
CONSPIRACY RESULTING IN
PERSONAL INJURY AND DEATH

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Noticing AUSA CR TP/SR** Email: Usafls.transferprob@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2024 | 1 | Magistrate Judge Removal of Arrest Warrant and Indictment from SOUTHERN DISTRICT OF NEW YORK Case number in the other District 24-CRIM-541 as to Chelsey Harris (1). (at) (Entered: 09/16/2024) |
| 09/16/2024 | 2 | Order to Unseal as to Chelsey Harris. Signed by Magistrate Judge Alicia O. Valle on 9/16/2024. (fbn) (Entered: 09/17/2024) |
| 09/16/2024 | 3 | **ORAL** MOTION to Appoint Counsel by Chelsey Harris. (fbn) (Entered: 09/17/2024) |
| 09/16/2024 | 4 | PAPERLESS ORDER granting 3 Motion to Appoint Counsel. Appointing Noticing FPD-MIA for Chelsey Harris as to Chelsey Harris (1). Signed by Magistrate Judge Alicia O. Valle on 9/16/2024. (fbn) (Entered: 09/17/2024) |
| 09/16/2024 | 5 | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Chelsey Harris held on 9/16/2024. Defendant's Oral Motion for Appointment of Counsel-GRANTED. Defendant Waived Removal and Pretrial Detention hearing. Warrant of Removal issued. The Speedy Trial Clock is suspended until initial appearance in New York. Bond recommendation/set: Chelsey Harris (1) Temporary Pretrial Detention. Date of Arrest or Surrender: 9/13/2024. (Digital 14:07:41// 14:49:34// 15:49:24) Signed by Magistrate Judge Alicia O. Valle on 9/16/2024. (fbn) (Entered: 09/17/2024) |
| 09/16/2024 | 6 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Chelsey Harris. (fbn) (Entered: 09/17/2024) |
| 09/16/2024 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Chelsey Harris. Defendant committed to District of Southern District of New York. Closing Case for Defendant. Signed by Magistrate Judge Alicia O. Valle on 9/16/2024. *See attached document for full details.* (fbn) (Entered: 09/17/2024) |
| 09/16/2024 | 8 | Notice of Criminal Transfer to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Chelsey Harris. Your case number is: 24-CRIM-541. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (fbn) (Entered: 09/17/2024) |