# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 21, 2024

**VIA EMAIL**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   **United States v. Dajahn McBean**
     **24 Cr. 541 (PAE)**

Dear Judge Engelmayer:

    I write pursuant to 18 U.S.C. § 3005 to offer my recommendation to the Court for the appointment of learned counsel in the above-captioned capital case for Dajahn McBean, who is represented by Elizabeth Macedonio as lead counsel. I recommend the appointment of Mark DeMarco as learned counsel. Mr. DeMarco is a member of the SDNY Capital Panel and has frequently been found learned in the law of capital cases. In arriving at the recommendation, I have contacted the government and defense counsel and have reviewed the conflict list. Mr. DeMarco is available and does not appear to have any conflict.

    Please do not hesitate to contact me with any questions or concerns.

Best regards,

/s
Jennifer L. Brown
Attorney-in-Charge
Federal Defenders of New York
Tel.: (212) 417-8722

**GRANTED.** The Court appoints Mark DeMarco, Esq., as learned counsel for Dajahn McBean in this case.

SO ORDERED.

10/22/2024

_____
PAUL A. ENGELMAYER
United States District Judge