

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 12, 2025

**BY ECF**

Honorable Paul A. Engelmayer
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Dajahn McBean et al.*, **S3 24 Cr. 541 (PAE)**

Dear Judge Engelmayer:

      The Government writes respectfully to request that the Court enter the attached proposed protective order. As reflected in the attached order, all defendants consent to the entry of this proposed order.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

By:      /s/
                    Ryan W. Allison / Andrew K. Chan
                    Dominic Gentile
                    Assistant United States Attorneys
                    Tel: 212-637-2474 / -1072 / -2567

cc:    Counsel of Record (via ECF)