UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAJAHN MCBEAN,
a/k/a "Jeezy Mula,"
a/k/a "Freeze,"

Defendant.

S3 24 Cr. 541 (PAE)

**NOTICE OF INTENT TO SEEK THE DEATH PENALTY**

The United States of America, by and through its undersigned counsel and pursuant to Title 18, United States Code, Section 3593(a), notifies the Court and DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," the defendant, that the United States believes the circumstances of the offense charged in Count One are such that, in the event of a conviction, a sentence of death is justified under Chapter 228 (Sections 3591 through 3598) of Title 18 of the United States Code, and that the United States will seek the sentence of death for this offense: Conspiracy to Commit Murder for Hire Resulting in Death, in violation of Title 18, United States Code, Section 1958, which carries a possible sentence of death.

The United States proposes to prove the following factors as justifying a sentence of death with regard to Count One:

A. DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," was 18 years of age or older at the time of the offense. 18 U.S.C. § 3591(a).

B. Statutory Threshold Factors Enumerated under 18 U.S.C. § 3591(a)(2)(A)-(D):

**1. Intentional Participation in an Act Resulting in Death.** DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," intentionally participated in an act, contemplating that the life

of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim, Clarissa Burgos, died as a direct result of the act. 18 U.S.C § 3591(a)(2)(C).

**2. Intentional Engagement in an Act of Violence, Knowing that the Act Created a Grave Risk of Death to a Person.** DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim, Clarissa Burgos, died as a direct result of the act. 18 U.S.C § 3591(a)(2)(D).

C. Statutory Aggravating Factors Enumerated under 18 U.S.C. § 3592(c).

**1. Prior conviction of violent felony involving firearm.** DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," was previously convicted of a federal offense punishable by a term of imprisonment of more than one year, involving the use of a firearm against another person. 18 U.S.C. § 3592(c)(2).

**2. Grave risk of death to additional persons.** DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," in the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense. 18 U.S.C. § 3592(c)(5).

**3. Procurement of offense by payment.** DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," procured the commission of the offense by payment, or promise of payment, of a thing of pecuniary value. 18 U.S.C. § 3592(c)(7).

**4. Substantial planning and premeditation**. DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," committed the offense after substantial planning and premeditation to cause the death of a person. 18 U.S.C. § 3592(c)(9).

D. Non-Statutory Aggravating Factors Identified under 18 U.S.C. § 3593(a)(2).

**1. Victim impact.** DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," caused injury, harm, and loss to the family and friends of Clarisa Burgos. The injury, harm, and loss caused by MCBEAN with respect to the victim is evidenced by the victim's personal characteristics and by the impact of the victim's death upon her family and friends.

**2. Future dangerousness.** DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "Freeze," presents a future danger as demonstrated by his ability and willingness to orchestrate a murder-for-hire scheme while in federal custody, as well as his criminal history that includes multiple offenses committed while on court supervision, including his role in a 2017 shooting while on parole for state charges.

Respectfully Submitted,

JAY CLAYTON
United States Attorney

By: ____________/s/________________
Andrew K. Chan / Dominic A. Gentile
Assistant United States Attorneys
Tel.: (212) 637-2200

cc: Counsel of Record (via ECF)